IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH F. MARZANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:19-cv-2660 |
| | ) | |
| NATIONS RECOVERY CENTER, INC., | ) | Judge Thomas M. Durkin |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Joseph F. Marzano, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff expects to complete the settlement within the next 30 days and file a Stipulation to Dismiss with prejudice. Plaintiff respectfully requests that this Court strike all pending dates.

Respectfully submitted,

/s/*Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com

1

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, hereby certify that on Tuesday, March 3, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all counsel of record.

      /s/*Tara L. Goodwin*
      Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com