### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH F. MARZANO, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-2660 |
| NATIONS RECOVERY CENTER, INC., | ) |
|       Defendant. | ) |

### STIPULATION TO DISMISS

Plaintiff Joseph F. Marzano and Defendant Nations Recovery Center, Inc., by and through their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this case with prejudice with each party to bear their own costs.

Respectfully submitted,

*/s/Tara L. Goodwin*  
Tara L. Goodwin

Daniel A. Edelman  
Tara L. Goodwin  
**EDELMAN, COMBS, LATTURNER**  
**& GOODWIN, LLC**  
20 S. Clark St, Suite 1500  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)  
Email address for service:  
courtecl@edcombs.com

*Attorneys for Plaintiff*

*/s/Stephanie A. Strickler*  
Stephanie A. Strickler

Stephanie A. Strickler  
Messer Strickler, Ltd.  
225 W. Washington St. Ste. 575  
Chicago, IL 60606  
312-334-3469  
312-334-3473 (fax)  
sstrickler@messerstrickler.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, certify that on Tuesday, April 28, 2020, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

      Respectfully submitted,

      */s/Tara L. Goodwin*
      Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com